# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LENNY FEINBERG,
    Plaintiff,

      v.

DAVID A. ECKELMEYER and ROBERT FEINBERG,
    Defendants.

:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 2:09-cv-1536-WY

## Order

**AND NOW** on this 16th day of December, 2009, upon consideration of defendants'

motion to dismiss (Doc. No. 16), plaintiff's opposition thereto, and defendants' reply, **IT IS**

**HEREBY ORDERED** that:

1. Defendants' motion to dismiss is **DENIED** with respect to plaintiff's claims for violation of the Computer Fraud and Abuse Act, for breach of fiduciary duty, and for civil conspiracy;

2. Defendants' motion to dismiss is **GRANTED** with respect to plaintiff's claims for violation of Pennsylvania's Uniform Trade Secrets Act ("PUTSA") and for invasion of privacy;

3. Count III of plaintiff's complaint, for violation of the PUTSA, is therefore **DISMISSED**, without prejudice to the right of plaintiff to file an amended complaint within twenty days from the date of this Order; and

4. Count IV of plaintiff's complaint, for invasion of privacy, is also **DISMISSED**, without prejudice to the right of plaintiff to file an amended complaint within twenty days from the date of this Order.

s/ William H. Yohn Jr., Judge
William H. Yohn Jr., Judge